Motion by the American Petroleum Institute et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of AMIL DINSIO, Appellant, v SUPREME COURT, APPELLATE DIVISION, THIRD DEPARTMENT, Respondent.

Submitted June 24, 2013; decided August 29, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

FELIX HERNANDEZ, Appellant, v CITY OF NEW YORK, Respondent, et al., Defendants.

Submitted June 17, 2013; decided August 29, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of BLANCHE HUNTER, Deceased. JPMORGAN CHASE BANK, N.A., Appellant; MARGARET HUNTER et al., Respondents.

Submitted June 24, 2013; decided August 29, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of NORSE ENERGY CORP. USA, Appellant, v TOWN OF DRYDEN et al., Respondents. DRYDEN RESOURCES AWARENESS COALITION, Proposed Intervenor.

Submitted June 24, 2013; decided August 29, 2013

Motion by New York Farm Bureau for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of NORSE ENERGY CORP. USA, Appellant, v TOWN OF DRYDEN et al., Respondents. DRYDEN RESOURCES AWARENESS COALITION, Proposed Intervenor.

Submitted June 24, 2013; decided August 29, 2013

Motion by the Washington Legal Foundation for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of NORSE ENERGY CORP. USA, Appellant, v TOWN OF DRYDEN et al., Respondents. DRYDEN RESOURCES AWARENESS COALITION, Proposed Intervenor.

Submitted June 24, 2013; decided August 29, 2013

Motion by the Associated General Contractors of New York State, LLC, et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of NORSE ENERGY CORP. USA, Appellant, v TOWN OF DRYDEN et al., Respondents. DRYDEN RESOURCES AWARENESS COALITION, Proposed Intervenor.

Submitted July 1, 2013; decided August 29, 2013

Motion by the American Petroleum Institute et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of STATE OF NEW YORK, Respondent, v DANIEL OO., Appellant.

Decided August 29, 2013